United States District Court
Middle District of Louisiana
November 20, 2019



Wesley Ricks #499599
    versus
Department of Health and Hospitals and Louisiana State Penitentiary

## Notice of Emergency

At the hearing on or about November 20, 2019, the employees of Department of Health and Hospitals as well as the employees of Louisiana State Penitentiary communicated with the plaintiff, Wesley Ricks. At the time of hearing, the plaintiff attempted to notify aforesaid staff members regarding his suffering from mental illness which contributes or cause him to be a paranoia and to have a loss of sleep around others but the employees interrupt and stated that the plaintiff would be removed from a single man cell and placed in a two man cell and the plaintiff made an objection to be in a two man cell. At the hearing, the plaintiff was not informed of his rights to counsel and to privacy as well as to cross examine witness testifying at the hearing. The physician, psychiatrist, or psychologist denied, refusal or neglect to listen to the plaintiff made request for continuous treatment and proper care during the hearing which cause him to be mental distress and caution concerning the safety and protection the court has ordered at the sentence hearing for

Page 1 of 2

The Plaintiff, The Plaintiff has a right to protective orders and he desires to exercise his right to protective custody while at Louisiana State Penitentiary in Angola, LA 70712 without harassment, stalking, or retaliation etc. The Plaintiff has numerous Administrative Remedy Procedure filed and pending as well as Federal lawsuits filed and pending in which all complaints are filed against Louisiana State Penitentiary.

The Plaintiff has had correctional officers and inmates at "Louisiana State Penitentiary" threating to bodily harm him if the Federal lawsuits does not be dismissed by him and to deny meals to eat if the Administrative Remedy Procedure does not be dismissed by him, The correctional officers are threating to remove from videotape surveillance the Plaintiff's housing and preasence, in which the Plaintiff is living in great fear from the threats of physical violence. The Plaintiff had written letters to the Head Warden begging to be transfer to another correctional center but he has not recieved any response. The Plaintiff does not feel safe at Louisiana State Penitentiary and wish to speak with Mental Health Employees at another correctional center concerning his health and other private confidential information as soon as possible. The Plaintiff is requesting for emergency aid in this matter and an application to file an civil complaint, et seq.

Executed this 20 day of November, 2019.

Respectfully Submitted By:

Wesley Ricks #499599
Plaintiff/Affiant

Page 2 of 2

Wesley Ricks # 499599
17544 Tunica Trace
Angola, LA 70712

SCREENED OK
U.S. MARSHAL

Clerk of Court
777 Florida Street
Baton Rouge, LA 70801



NOT CENSORED
Not Responsible For Contents
La. State Penitentiary
NOV 25 2019
LA. STATE PEN.
AN ALL MALE PENAL INSTITUTE